NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**OUTSIDE THE BOX INNOVATIONS, LLC (DOING BUSINESS AS UNION RICH USA),**
*Plaintiff-Appellee,*

**and**

**BONAKA LIMITED, BONAKA PLASTIC MANUFACTURING CO., LTD., AND UNION RICH PLASTIC FACTORY, LTD.,**
*Counterclaim Defendants-Appellees,*

**and**

**CHRISTOPHER URE, MATT WILLIAMS, TERRY KINSKEY, AND LYNN MARTINEAU,**
*Counterclaim Defendants,*

**v.**

**TRAVEL CADDY, INC.,**
*Defendant/Counterclaimant-Appellant.*

**and**

**ROOSTER PRODUCTS (DOING BUSINESS AS THE ROOSTER GROUP),**
*Defendant/Counterclaimant.*

---

2009-1171

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 1:05-CV-2482, Senior Judge Orinda D. Evans.

- - - - - - - - - - - - - - - - - - - - - - -

---

**OUTSIDE THE BOX INNOVATIONS, LLC (DOING BUSINESS AS UNION RICH USA),**
*Plaintiff-Appellant,*

**and**

**BONAKA LIMITED, BONAKA PLASTIC MANUFACTURING CO., LTD., AND UNION RICH PLASTIC FACTORY, LTD.,**
*Counterclaim Defendants,*

**and**

**CHRISTOPHER URE, MATT WILLIAMS, TERRY KINSKEY, AND LYNN MARTINEAU,**
*Counterclaim Defendants,*

**v.**

**TRAVEL CADDY, INC.,**
*Defendant-Appellee,*

**and**

**ROOSTER PRODUCTS (DOING BUSINESS AS THE ROOSTER GROUP),**
*Defendant.*

---

2009-1558

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 1:05-CV-2482, Senior Judge Orinda D. Evans.

---

## ON MOTION

---

## ORDER

Outside the Box Innovations, LLC moves without opposition to dismiss its appeal, 2009-1558. Travel Caddy, Inc. moves without opposition for an extension of time, until March 24, 2011, to file its reply brief in 2009-1171.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2009-1558 is granted. Each side shall bear its own costs in 2009-1558.

(2) The revised official caption for 2009-1171 is reflected above.

(3) Travel Caddy's motion for an extension of time is granted.

FOR THE COURT

MAR 0 8 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Robert Byer, Esq.
Timothy P. Maloney, Esq.
Jeffrey D. Mills, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 8 2011

JAN HORBALY
CLERK

s20

Issued As A Mandate (as to 2009-1558 only):

**MAR 0 8 2011**